## BRICE v. LOWERY.
(Decided November 19th, 1914.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

J. M. DAVIDSON, for appellant. RUSSELL & JOHNSON, for appellee.

Per curiam. Appeal dismissed.

---

## BROWN v. PITTSBURG LIFE & TRUST CO.
(Decided November 26th, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

ROBERT C. BRICKELL, Attorney General, for appellant. A. G. & E. D. SMITH, for appellee.

Per curiam. Affirmed on the authority of *Ex parte Pittsburg Life & Trust Co.*, 66 South. 489, reversing the case of *Brown v. Pittsburg Life & Trust Co.*, 10 Ala. App. 614, 65 South. 699.

---

## BUSAK v. THE STATE.
(Decided December 15th, 1914.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

BROWN, J.—Appeal dismissed.

---

## CAHOON v. THE STATE.
(Decided November 26th, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

BOWMAN & VAUGHAN, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.